1102

No. 12–6960.  MITCHELL v. KENWORTHY, ADMINISTRATOR, TABOR CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 12–6962.  JONES v. UNIVERSITY OF ROCHESTER.  C. A. 2d Cir.  Certiorari denied.

No. 12–6963.  KNOX v. WALKER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–6964.  JONES v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 12–6965.  JOHNSON v. MERCER, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 12–6966.  TAWADROUS v. DEPARTMENT OF THE TREASURY. C. A. Fed. Cir.  Certiorari denied.

No. 12–6967.  WARREN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 12–6970.  BAYENE v. FARMLAND FOODS, INC.  C. A. 8th Cir.  Certiorari denied.

No. 12–6977.  POTTS v. WALKER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–6978.  BROWN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 12–6980.  BUTTS v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 12–6981.  BECK v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 12–6983.  DESMOND v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 12–6984.  CASTRO v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.